E-FILED
Tuesday, 15 January, 2019  02:21:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

THOMAS FAINE,

Plaintiff,

v.

WESLEY L. BARR, Sangamon County
Sheriff, officially and individually;
ADVANCED CORRECTIONAL HEALTHCARE,
INC., officially;
M. ROACH, M.D., officially and individually;
HUGHES LOUCHARD, M.D., officially;
MARY DAMBACHER, NP, officially; and
BRIAN SHAW, officially and individually,

Defendants.

FILED

JAN 15 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

No. 19-3009 - CSB

## COMPLAINT

## JURISDICTIONAL STATEMENT

The Plaintiff is an inmate of the Sangamon County Jail. The Plaintiff's civil rights were violated in contravention of 42 U.S.C. § 1983 because the Defendants were deliberately indifferent to the Plaintiff's medical condition, in that, the Plaintiff did not receive needed medical treatment for Hepatitis C. As further set forth in this Complaint, the Plaintiff has exhausted all administrative remedies.

This action arises under the Eighth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983. Jurisdiction is invoked pursuant to 28 U.S.C. §§ 1331 and 1343(a). This Court has jurisdiction over the Plaintiff's request for declaratory and injunctive relief pursuant to 28 U.S.C. §§ 2201-2202.

## PARTIES

1. The Plaintiff is an inmate at the Sangamon County Jail (hereinafter "SCJ") maintained by the Sangamon County Sheriff, in Springfield, Illinois, who is eligible to file.

2. The Plaintiff has been diagnosed through blood work as carrying the Hepatitis C virus.

3. Defendant ADVANCED CORRECTIONAL HEALTHCARE, INC., (hereinafter "ACHI"), as supplier of medical services for SCJ, had primary responsibility for determining procedures within SCJ for the medical treatment of county inmates. In its professional capacity it was informed of the Plaintiff's complaints and grievances, and has taken no action thereupon. It adopted the policy which denied medical treatment to the Plaintiff.

4. That Defendant M. ROACH, M.D., (hereinafter ROACH), was the Corporate Head of ACHI and he adopted and promulgated the policy of no treatment for Hepatitis C while a person is detained at the SCJ, instead recommending treatment begin once the Plaintiff was transferred to the custody of IDOC knowing that IDOC is not treating persons for Hepatitis C, as evidenced by the class action lawsuit Kennedy v. Elyea, No. 12-2155, pertaining to such refusal of treatment.

5. That Defendant HUGHES LOUCHARD, M.D., (hereinafter LOUCHARD) was the Medical Director of SCJ and he personally adopted the policy promulgated by Defendants ACHI and ROACH in refusing to give medical care to inmates with Hepatitis C. In his professional capacity he was informed of the Plaintiff's complaints and grievances, and has taken no action thereupon. He adopted the policy which denied medical treatment to the Plaintiff.

6. That MARY DAMBACHER, NP (hereinafter DAMBACHER), was the Nurse Practitioner of SCJ. She personally adopted a policy of no treatment for Hepatitis C until a person is sentenced.

7. That BRIAN SHAW (hereinafter SHAW) was an Assistant State's Attorney of Sangamon County and he personally argued against providing the Plaintiff release from custody on his own recognizance to obtain needed medical treatment being denied him by the remaining Defendants.

8. That WESLEY L. BARR (hereinafter BARR) was the Sheriff of Sangamon County. He was professionally responsible for ensuring proper medical treatment be provided to inmates in his custody. He continued the contracting/employment of Defendant ACHI which refused to give medical care to the Plaintiff.

9. The Plaintiff has exhausted all administrative remedies available to him by filing a grievance with SCJ administration which was answered by ROACH.

## FACTUAL CLAIMS

10. Hepatitis C is a potentially fatal disease which if left untreated may cause cirrhosis, or destruction of the liver, may lead to liver cancer and causes other symptoms to those it afflicts, thus it poses a substantial risk of serious harm to the Plaintiff.

11. Defendants know that Hepatitis C poses a substantial risk of serious harm to the Plaintiff.

12. A highly effective chemical treatment program for Hepatitis C is available, which has been shown to reduce the effects of Hepatitis C, and even in some cases destroy it completely. Treatment begun early is more effective than when treatment is delayed.

13. Before initiating this chemical treatment, however, the usual clinical step is to refer the patient to a specialist to determine a geno-type of the virus, determine viral level, and perform a liver biopsy on a patient to determine whether a patient is a good candidate for chemical treatment.

3

14. The Plaintiff has not received proper medical care for his Hepatitis C.

15. SCJ, through Defendants, does not follow the federal guidelines for treatment of Hepatitis C, nor does it follow the provision for pretrial detainees.

16. The Plaintiff was told that after a diagnosis for Hepatitis C based on blood work, he must be sentenced before receiving a renal (kidney) biopsy and beginning treatment. This requirement appears nowhere within the federal guidelines of the provision for pretrial detainees.

17. Treatment for Hepatitis C is more effective when it is begun early in the course of the disease. However, if treatment is postponed, adverse effects of the disease and the necessity of a liver transplant become much more likely. Liver transplants are painful, difficult to obtain, and result in a lower recovery rate than the chemical treatment available for the early stages of Hepatitis C infection.

18. Defendant ROACH acknowledges the seriousness of Plaintiff's condition, agrees that the Plaintiff needs treatment, but refuses to provide the treatment. He recommends that IDOC provide the treatment once the Plaintiff is convicted, sentenced, and transferred. However, he knows IDOC is not providing treatment for persons with Hepatitis C.

19. Defendants LOUCHARD and DAMBACHER refuse to administer the Hepatitis C chemical treatment to the Plaintiff.

20. Defendants BARR, ACHI, and ROACH adopt and maintain a policy of no Hepatitis C treatment for persons prior to sentencing.

21. After receiving the Plaintiff's complete medical records, Defendant SHAW intentionally delayed the Plaintiff access to medical care by actively preventing the Plaintiff from obtaining release on his own recognizance to pursue needed, life-saving medical treatment by committing a fraud upon the court by presenting false and misleading medical information not particular to the Plaintiff during a bond hearing.

22. By refusing or delaying treatment of the Plaintiff for Hepatitis C, Defendants

are deliberately indifferent to the substantial risk of serious harm faced by the Plaintiff. Many plaintiffs have suffered and have died in the custody of the Illinois Department of Corrections since similar suits were filed. See Kennedy v. Elyea, No. 12-2155. The Plaintiff will die before this case is over unless treatment is ordered to begin immediately since IDOC is also not treating persons with Hepatitis C.

23. Defendants' refusal to treat the Plaintiff or delaying the Plaintiff treatment for Hepatitis C are willful and intentional deprivations meriting a punitive damage award against Defendants.

24. Defendants' refusal to treat the Plaintiff or delaying the Plaintiff treatment for Hepatitis C are causing and continue to cause irreparable harm to the Plaintiff.

25. Defendants' refusal to treat the Plaintiff or delaying the Plaintiff treatment for Hepatitis C are causing the Plaintiff compensable pain and suffering.

WHEREFORE, the Plaintiff prays this court for injunctive relief in the form of an order to administer Hepatitis C treatment, follow federal guidelines in treating Hepatitis C including referral to a specialist and performing a liver biopsy as soon as possible. The Plaintiff also prays for a declaration that Defendants are violating the rights of the Plaintiff under the 8th and 14th Amendments to the United States Constitution. The Plaintiff also prays for attorney fees pursuant to 42 U.S.C. § 1988. Finally, the Plaintiff prays for damages from the Defendants in the sum of Five Million Dollars ($5,000,000.00) for the pain and suffering he has had to endure as a result of Defendants' constitutional violations and Five Million Dollars ($5,000,000.00) in punitive damages together with their costs of this action.

Respectfully submitted,

Date: _____

/s/ Thomas Faine

Thomas Faine, Plaintiff
Sangamon County Jail
One Sheriff's Plaza
Springfield, IL 62701

5

# JURY DEMAND

The Plaintiff hereby demands trial by jury.

/s/ *Thomas Faine*

Thomas Faine, Plaintiff

Under penalties as provide by law pursuant to the Code of Civil procedure, the undersigned Certifies that the statement set forth in this instrument are true and Correct, except as to matters therein stated to be information and as to such matters the undersigned Certifies as aforesaid that he verily believes the same to be true.

By: *Thomas Faine*

Date: 1-10-2019

\* <u>Defendants' Last Known Addresses</u> \*

Wesley L. Barr, former Sangamon County Sheriff
# 1 Sheriff's Plaza
Springfield, IL. 62701

Brian Shaw
M. Roach M.D. ; 200 South Ninth St.
3922 West Baring Trace Springfield, IL. 62701
Peoria, IL. 61615

Advance Corrections Healthcare, Inc.
3922 West Baring Trace
Peoria, IL. 61615

Hughes Louchard M.D.
# 1 Sheriff's Plaza
6, Springfiled, IL. 62701

Mary Dornbacher NP.
# 1 Sheriff's Plaza
Springfield, IL. 62701

# APPENDIX

MC1 = 1-7

MC2 = 1-5

MC3 = 1-2

MC4 = 1-5

MC5 = 1-2

MC6 = 1-3

MC7 = 1-1

MC8 = 1-2

MC9 = 1-3

MC10 = 1-1

MC11 = 1-2

MC12 = 1-15

MC13 = 1-3

# APPENDIX (continued)

MC 14 = 1-6

MC 15 = 1-1

MC 16 = 1-5

MC 17 = 1-3

MC 18 = 1-2

MC 19 = 1-1

MC 20 = 1-2

MC 21 = 1-1

MC 22 = 1-8

MC 23 = 1-9

MC 24 = 1-4

MC 25 = 1-2

MC 26 = 1-2

# APPENDIX (continued)

MC 27 = 1.4

MC 28 = 1-12

MC 29 = 1-1

MC 30 = 1-1

MC 31 = 1-1

MC 32 = 1-1

MC 33 = 1-1

MC 34 = 1-2

MC 35 = 1-1

MC 36 = 1-2

MC 37 = 1-1

MC 38 = 1-2

MC 39 = 1-1

# APPENDIX (continued)

MC 40 = 1-2

MC 41 = 1-2

MC 42 = 1-2



## SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217)753-6855
Civil Process/Records - (217)753-6846

**WESLEY L. BARR**
#1 Sheriffs Plaza
Springfield, Illinois 62701-1681

Investigations - (217)753-6840
Corrections - (217)753-6886

10/23/2018

Inmate Thomas Faine
Sangamon County Jail
Springfield, IL 62701

RE: Freedom of Information Act Request

Dear Inmate Thomas Faine:

I am in receipt of your Freedom of Information Act request which was received in our office on 10/23/2018. Please be advised that your Freedom of Information Request is ready for pick up and payment of $ **$11.70** at the Sangamon county Sheriff's Office Records Section, #1 Sheriff's Plaza, Springfield, Illinois 62701. We are open Monday - Friday from 8 a.m. - 4:30 p.m. The payment is required due to: **Your request being a total of 128 pages, of which the first 50 pages are no charge. The remaining 78 pages are $ .15 each which equals $11.70 that you must pay to receive all of the documents.**

Also, please note the following exemptions which apply are marked with a check mark and also the statements at the end of this correspondence:

☐   1. Portions of the records have been redacted pursuant to Section 7(1) of the Illinois Freedom of Information Act, 5 ILCS 140/7(1). Specifically, "private information" has been redacted pursuant to Section 7(1)(b) of the Illinois Freedom of Information Act, 5 ILCS 140/7(1)(b). "Private information" is defined in Section 2(c-5) of the Illinois Freedom of Information Act, 5 ILCS 2(c-5), as unique identifiers, including a person's social security number, driver's license number, employee identification number, biometric identifiers, personal financial information, passwords or other access codes, medical records, home or personal telephone numbers, and personal email addresses. Private information also includes home address and personal license plates.

☐   2. "Personal information" also has been redacted pursuant to Section 7(1) (c) of the Illinois Freedom of Information Act, 5 ILCS 140/7(1) (c). This section exempts from disclosure personal information contained within public records, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy, unless the disclosure is consented to in writing by the individual subjects of the information. "Unwarranted invasion of personal privacy" means the disclosure of information that is highly personal or objectionable to a reasonable person and in which the subject's right to privacy outweighs any legitimate public interest in obtaining the information. The disclosure of information that bears on the public duties of public employees and officials shall not be considered an invasion of privacy. The Illinois Attorney General has opined that personal information includes a person's date of birth, and to that end, the dates of persons listed in the enclosed records have been redacted.

☐   3. Law enforcement records have been withheld pursuant to Sections 7(1) (d) (1) and (d) (vii) of the Illinois Freedom of Information Act, 5 ILCS 140/7(1) (d) (1) and (d) (vii). These sections exempt from disclosure records in the possession of any public body created in the course of administrative enforcement proceedings, and any law enforcement or correctional agency for law enforcement purposes, but only to the extent that disclosure would: (1) interfere with pending or actually and reasonably contemplated law enforcement proceedings conducted by any law enforcement or

1 of 7

correctional agency that is the recipient of the request; and (vii) obstruct an ongoing criminal investigation by the agency that is the recipient of the request. Because the requested records relate to an ongoing investigation by the Sheriff's Office, they are being withheld pursuant to these sections of the Illinois Freedom of Information Act

4. Juvenile records have been withheld pursuant to Section 7(1)(a) of the Illinois Freedom of Information Act, 5ILCS 140/7(1)(a). This section exempts from disclosure information specifically prohibited from disclosure by federal or state law or rules and regulations implementing federal or state Law. The Illinois Juvenile Court Act 705 ILCS 405/5-905, mandates that reports in which a minor was arrested, charged or investigated must be withheld in full. Reports in which minors are the victims of sex crimes or are incidentally mentioned are not exempt in full, but the names of the minors may be redacted. Under the Juvenile Court Act, a public body is required to withhold information identifying an alleged minor victim of a sex crime.

5. Documents generated exclusively from the Law Enforcement Agencies Database System, or LEADS database have been withheld pursuant to Section 7(1)(d-5) of the Illinois Freedom of Information Act, 5 ILCS 140/7(1)(d-5). This section exempts from disclosure law enforcement records created for law enforcement purposes and contained in a shared electronic record management system, i.e., LEADS. These records are required to be kept confidential from any unauthorized users. Disclosing a LEADS document in response to a FOIA request could threaten the public body's access to LEADS.

6. Law enforcement records have been withheld pursuant to Section 7(1) (d) (iii) of the Illinois Freedom of Information Act, 5 ILCS 140/7(d) (iii). This section exempts from disclosure records in the possession of any public body created in the course of administrative enforcement proceedings, and any law enforcement or correctional agency for law enforcement purposes, but only to the extent that disclosure would create a substantial likelihood that a person will be deprived of a fair trial or an impartial hearing. The disclosure of records to you may not necessarily deprive a person of a fair trial or impartial hearing. However, once these records are disclosed to one person under the Illinois Freedom of Information Act, they are then subject to disclosure to anyone, including media outlets, which would then create a substantial likelihood that one will be deprived of a fair trial or impartial hearing.

7. The identities of persons providing information to investigative and law enforcement agencies have been redacted pursuant to Section 7(1)(d)(iv) of the Illinois Freedom of Information Act, 5 ILCS 140/7(1)(d)(iv). This section exempts from disclosure records in the possession of any public body created in the course of administrative enforcement proceedings, and any law enforcement or correctional agency for law enforcement purposes, but only to the extent that disclosure would unavoidably disclose the identity of a confidential source, confidential information furnished only by the confidential source, or persons who file complaints with or provide information to administrative, investigative, law enforcement or penal agencies.

8. Records that relate to or affect the security of correctional institutions and detention facilities have been withheld pursuant to Section 7(1)(e) of the Illinois Freedom of Information Act, 5 ILCS 140/(7)(1)(e). Records relating to the Sangamon County Jail and to correctional-related secure areas of the Sangamon County Courts Complex are exempt pursuant to this section of the Illinois Freedom of Information Act.

9. To the extent that the redacted information from these records can be considered a denial of your request, such denial is by [_____], Freedom of Information Officer for the Sangamon County Sheriff's Office.

10. The denial of your request for the records withheld from disclosure is by [_____], Freedom of Information Officer for the Sangamon County Sheriff's Office.

11. You have the right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General. You may file your Request for Review with the PAC by writing to:

    Public Access Counselor
    Office of the Attorney General
    500 South Second Street
    Springfield, Illinois 62706
    FAX: (217) 782-1396
    EMAIL: publicaccess@atg.state.il.us

You also have the right to seek judicial review of this denial by filing a lawsuit in the State circuit court.

If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial letter. Please note that you must include a copy of your original FOIA request and this denial letter when filing a Request for Review with the PAC.

Sincerely,

Director Michael E. Walton
Freedom of Information Officer
Sangamon County Sheriff's Office

Enclosures/Attachments

MC1



## SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217)753-6855                    **WESLEY L. BARR**                    Investigations - (217)753-6840
Civil Process/Records - (217)753-6846              **#1 Sheriffs Plaza**                Corrections - (217)753-6886
                                            Springfield, Illinois 62701-1681

10/30/2018

Inmate Thomas Faine
Sangamon County Jail
Springfield, IL 62701



RE: Freedom of Information Act Request

Dear Inmate Thomas Faine:


Corrections Division Lt. Loftus advises the following: I have no paper grievances in Inmate Thomas Faine file in storage nor do I have any computer grievance files for Inmate Faine.



Sincerely,



Director Michael E. Walton

Freedom of Information Officer

Sangamon County Sheriff's Office

4 of 7

## Kate Daniels

**From:** William Strayer
**Sent:** Tuesday, October 23, 2018 11:43 AM
**To:** Kate Daniels; Kathy Godefroid
**Subject:** FW: FOIA Request from Inmate Thomas Faine 18-1277

**Importance:** High

Please get me the below info
Thanks
Lt Strayer

---

**From:** Michael Walton
**Sent:** Tuesday, October 23, 2018 8:32 AM
**To:** Larry Beck; Terry Durr; William Strayer; Lynn Evans
**Cc:** Terri Motley; Joel Benoit
**Subject:** FOIA Request from Inmate Thomas Faine 18-1277
**Importance:** High

Supt, Asst Supt, Lt and Lynn- We have the following FOIA request from Inmate Thomas Faine:

*"Please send me all my medical records, my doctors names, addresses, their titles and their diagnosis of my condition and the medicine they chose to treat it. Please make these records exclusive to Hep C. Thank you."*

Thanks,
Mike

MI C I



# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217)753-6855
Civil Process/Records - (217)753-6846

**WESLEY L. BARR**
#1 Sheriffs Plaza
Springfield, Illinois 62701-1681

Investigations - (217)753-6840
Corrections - (217)753-6886

## FREEDOM OF INFORMATION
### Request for Examination or Copy of Records



**REQUESTERS INFORMATION:**

**Date of request:** 11/19/2018

**Name**: Inmate Thomas Faine

**Email Address**:

**Telephone**:

**City, State and Zip**: Springfield, IL 62701

**Information Requested:** Inmates FOIA states: Agency Medical Director of Sangamon County Jail; who has primary responsibility for determining procedures within the county jail for the medical treatment. Names and addresses. Thank you.

Information received from the Corrections Division.

**Request Number**: 181418

**Date of compliance with request:** 11/19/2018

Sincerely,

Director Michael E. Walton
Freedom of Information Officer
Sangamon County Sheriff's Office

C of 7

SIU Medicine

Internal Medicine Infectious Diseases

Dr Waquar – 217-545-8000

Central Illinois Kidney and Dialysis Center

3401 Conifer Dr

Dr L Smith

217-726-2527

Dr. H. Lochard and M. Dambacher NP

#1 Sheriff's Plaza

217-753-6815

MC 2

## Narrative Progress Note

(When indicated, remember to document <u>S</u>ubjective symptoms, <u>O</u>bjective findings, <u>A</u>ssessment, and <u>P</u>lan of care)

Patient Name: Faine, Thomas       ID #: 127835   Location: H

Date of Birth: 8/23/52       Age: 65

| Date/Time | Narrative Note |
|---|---|
| 11/27<br>4/17/18 | B 150/86   99%   p 89 |
|  | I spoke ī Mr Fain about the risks of hepatitis C + his grievance today. I explained the documentation from the specialist + his chart. Patient Has an Antibody to Hep B. Pt does have Hep C. Pt has seen the specialist for the issue. I do agree that Mr Fain does at some point does need treatment for Hep C. I explained there are many uncertainties @ this point; including his length of stay. The treatment is very specific + must have strict compliance. There is uncertainty of the patients length of stay within the jail. Starting + stopping or continuation of treatment ō delay @ another facility could be detrimental to the treatment process. Pt understands that the treatment must be started + continued without interuption. We discussed if the patient has definitive length of stay, whether Doc or outside or definitive jail stay that Hep C treatment would be considered starting @ that point. Medications for treatment of symptoms and prevention of worsening were changed + discussed, see orders. Pt understands this information + this may serve as his grievance response |

Page 1 of 1

1 of 5

MC 2

# Narrative Progress Note

(When indicated, remember to document Subjective symptoms, Objective findings, Assessment, and Plan of care)

Patient Name: Faine, Thomas          ID #: 127835     Location: H.

Date of Birth: 8·23·52     Age: 65

| Date/Time | Narrative Note |
|---|---|
| 4/17/18 | Metyprol 25 mg BID |
| | D/C Hctz |
| | Start Spironolactone 25 mg PO q Am |
| | Start prilosec 20 mg PO daily |
| | ↓ lisinopril to 20 mg Daily |
| | ✓ CBC, CMP in 7 days ) done ₭ᴰ |
| | Ammonia level in 7 days |
| | lactulose 30 ml Monday + Thursday |
| | Repeat CBC, CMP in 30 days — ordered ₭ᴰ |
| | Hepatitis B vaccine start Now |
| | BP ✓ Daily x7days —ordered ₭ᴰ |
| | [signature] 4/20/18 |
| | Pt also relays that he smokes marijuana |
| | on the outside. Explained any Drug, Etoh, or |
| | tobacco + even certain meds will delay or |
| | cause failure of Hep C treatment. |
| | [signature] |
| | 4/20/18 |
| | |
| | |
| | |
| | |

2 of 5

MCd

## Narrative Progress Note

(When indicated, remember to document Subjective symptoms, Objective findings, Assessment, and Plan of care)

Patient Name: __Thomas Faire__   ID #: __127835__   Location: __H__

Date of Birth: __8/23/52__   Age: _____

| Date/Time | Narrative Note |
|---|---|
| 10/5/18 (1025) | writer spoke to nurse @ Central IL Kidney + dialysis Center. Dr H rasani recommends Continuing lactulose 10mg/15ml to give 30 ml O Mon-Thurs as prev. ordered. T Nakashita Lpn |
| — | Lactulose 10mg/15ml, give 30ml qd on mon + Thurs x90d. T.O. M Dambacher LPL Nakashita |
| — | May Cont. Lisinopril 20mg Q HS. x90d |
| — | Cont. Xalatan 0.005% opth + gtt ou Q HS |
| — | May Cont Brimonidine 0.2% opth Solution 1 gtt ou BID T.O M Dambacher LPl Nakashita |
|  | (signature) FNP 10-9-18) |

MC 2

# CHRONIC CLINIC

(Provide practitioner with current copy of MAR and any pertinent flow sheet data)

Name: Fairy, Thomas   ID#: 127835   Date: 10-9-18

DOB: 8-23-52  Allergies: NKDA   Ht: _____ Wgt: 177.6

B/P: 140/108   P: 54   R: 18   T: 979   Pulse Ox: 94%

LABS / DIAGNOSTICS (draw lab work as indicated within one week prior to practitioner)

| HgbA1c: | CO2: | BUN: 47 | Creatinine: 2.66 | Chloride: 67 | Est GFR: 31 |
|---------|------|---------|------------------|--------------|-------------|
| FBS: | K+: 5.0 | Na: 140 | Calcium 8.5 | Viral Load: | T-Cell: |
| Peak Flow: | CD-4 | Other: | Other: | Other: | Other: |
| Medication: | | Medication: | | Medication: | |
| Level: | | Level: | | Level: | |

## CHRONIC CONDITIONS

| Asthma: | Diabetes: | Seizure Disorder: | CAD/HTN: | Mental Health: | HIV: |
|---------|-----------|-------------------|----------|----------------|------|
| Mild Intermittent: _____ | Type I: ____ | Last Seizure: _____ | Fairy well controlled | Dx: _____ | |
| Mild Persistent: _____ | Type II: ____ | Frequency: _____ | | | AIDS: ____ |
| Moderate Persistent: ____ | | Seizure Type: _____ | | Med Review: _____ | |
| Severe Persistent: _____ | | | | AIMS: _____ | |

Other:

Additional Diagnosis: Glaucoma - No issues   CRF - Daily IL Dialysis - Spec list

Subjective Findings: _____

## EXAM

| Eye | Perral Ø this |
|-----|---------------|
| Head, Ears, Nose, Throat | Clear |
| Lungs, Chest, Heart | Clear, bright resp effort nml |
| Abdomen | Soft ⊕ B/s non-distend Ø tndr |
| Genito-Urinary | |
| Musculoskeletal | walk with nml gait |
| Skin | war & dry |
| Neuro/Psych | nralu Ø that orient x3 |
| Other | |

PLAN: Continue to meds

Next follow up in: 4 Months

## EDUCATION

| Lifestyle: Active as tol | Diet: | Med Side Effects: | Adherence: | Smoking: | Other: | Other: | Other: | Other: |
|---------|-------|-------------------|------------|----------|--------|--------|--------|--------|

Nurse Signature: _____ Date: _____ Practitioner Signature: _____ Date: 10-9-18

Orders Processed By: _____ Date: _____

MO35
Revised 07/2012

4 of 5

MC 2

CENTRAL ILLINOIS KIDNEY & DIALYSIS ASSOC. S.C.
3401 CONIFER DRIVE
SPRINGFIELD, ILLINOIS 62711

PHYSICIANS ORDERS

217-726-2527
217-726-7787-FAX

PATIENT NAME __Thomas Faine__ .

DATE OF BIRTH __8 · 23 − 1952__

| DATE/TIME | TREATMENT |
|---|---|
| 10·4·18 — | Refer to SIU ID if he has not already Seen them · Ox: Hep C |
| — | B/P daily X2 weeks / Fax Results _June_ (217) 726- 7787 |
| — | Low Potassium Diet |
| — | Return in 3 months 1-3-19 @ 0945 _June_ |
| — | Labs to Do Prior to Appointment ( 1 week Prior ) |
| | CMP |
| | PTH |
| | CBC |
| | Vit D _ordered_ |
| | U/A |
| | Am Prot/Creat (Urine) |
| | Dr alhosaini / R. _Tali_ CPN |

5 o 5

# MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337  FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGINAL ORDER 09/18/18 REF:0 / DISCONTINUE 09/16/18 35716507 | **amLODIPine 10mg Tablet** Brand: NORVASC   MARY T DAMBACHER, MD  TAKE ONE TABLET(S) ORALLY ONCE DAILY | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RIGINAL ORDER 07/25/18 REF:3 / DISCONTINUE 11/22/18 37237511 | **Furosemide 40mg Tablet** Brand: LASIX   MARY T DAMBACHER, MD  TAKE ONE TABLET(S) ORALLY ONCE DAILY | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RIGINAL ORDER 06/25/18 REF:2 / DISCONTINUE 10/23/18 6537485 | **Lisinopril 20mg Tablet** Brand: PRINIVIL   MARY T DAMBACHER, MD  TAKE ONE TABLET(S) ORALLY IN THE MORNING | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RIGINAL ORDER 07/27/18 REF:4 / DISCONTINUE 11/24/18 7282380 | **CloNIDine 0.2mg Tablet** Brand: CATAPRES   MARY T DAMBACHER, MD  TAKE ONE TABLET(S) ORALLY TWICE DAILY | 0700 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RIGINAL ORDER 06/25/18 REF:9 / DISCONTINUE 12/22/18 6537517 | **Metoprolol 25mg Tablet** Brand: LOPRESSOR   HUGHES PAGANINI LOCHARD, MD  TAKE ONE TABLET(S) ORALLY TWICE DAILY | 0700 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RIGINAL ORDER /16 / DISCONTINUE /16 | Lactulose 10 mg/15ml Give 30ml Q morn Thru... | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | DIAGNOSIS |
|---|---|---|
| 08/23/52 | NO KNOWN DRUG ALLERGY | N/A |

PATIENT NAME AND NUMBER: ...AINE, THOMAS 127835

FACILITY: SANGAMON COUNTY JAIL   1 of 2

CHARTING FOR        THROUGH

**DIAMOND PHARMACY SERVICES**
1.800.882.6337   FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 7/10 DISCONTINUE 2/10 | Xalatan 0.005%. 1 gtt to OU @ HS | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| TN | J Nammetter | gk | gkeiger | | | | | | |

| LOCATION | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | | DIAGNOSIS |
|---|---|---|---|---|
| # | 8/23/52 | NKDA | | |
| PATIENT NAME AND NUMBER | | | | |
| thomas | 127835 | 202 | Glintia | |

MC 4

# 127835

```
                                              FAINE, THOMAS
  LOCHARD, HUGHES                              127835
  COLLECTION DATE: 08/22/2018                  SANGAMON CO JAIL, IL
62701-
  RECEIVED DATE: 08/23/2018                    FACILITY: SCJ2
  REPORT DATE: 08/24/2018 20:40 auto           SEX: M  D/O/B: 08/23/1952
  INITIAL REPORT DATE: 08/23/2018 13:08 REE
  ACCESSION NO.: 225677
<=== DESCRIPTION ===> <= RESULT =>  <OUT OF RANGE>   <= REF RANGE => <= UNITS =>
```

| CMP12/8AC/CBC/PLT | | | | | |
|---|---|---|---|---|---|
| ALBUMIN | | 3.0  * LOW * | 3.5 | - | 5.5 | G/DL |
| ALK PHOS | 106 | | 53.0 | - 128.0 | U/L |
| TOTAL BILIRUBIN | 0.4 | | 0.2 | - | 1.2 | MG/OL |
| BUN | | 47   *HIGH* | 7 | - | 18 | MG/DL |
| CALCIUM | 8.5 | | 8.4 | - 10.7 | MG/DL |
| CHLORIDE | 107 | | 98 | - 107 | MEQ/L |
| CHOLESTEROL | | 209  * HIGH * | 0 | - 200 | MG/DL |

```
                    DESIRABLE:  LESS THAN 200 MG/DL
                    BORDERLINE HIGH:  200-239 MG/DL
                    HIGH:  GREATER THAN OR EQUAL TO 240 MG/DL
```

| CREATININE, SERUM | | 2.66 * HIGH * | 0.7 | - | 1.3 | MG/DL |
|---|---|---|---|---|---|
| GFR (NON-AFR AMER) | | 28   *LOW* | 60 | - 300 | mL/MIN |
| GFR (AFR AMER) | | 31   *LOW* | 60 | - 300 | mL/MIN |
| GLUCOSE | 85 | | 70 | - 105 | MG/DL |

```
          ** SPECIMEN HEMOLYZED **
          MAY AFFECT RESULTS
              REFERENCE RANGES
              FASTING DRAW: 70-105  mg/dl
              RANDOM DRAW: DEPENDENT UPON TIME AND CONTENT OF LAST MEAL
```

| POTASSIUM | 5.0 | | 3.5 | - | 5.1 | MEQ/L |
|---|---|---|---|---|---|
```
          ** SPECIMEN HEMOLYZED **
          MAY AFFECT RESULTS
```
| LDH | 218 | | 100 | - 250 | U/L |
```
          ** SPECIMEN HEMOLYZED **
          MAY AFFECT RESULTS
```
| SODIUM | 140 | | 136 | - 145 | MEQ/L |
| PHOSPHORUS | 3.5 | | 2.5 | - | 5.0 | MG/DL |
```
          ** SPECIMEN HEMOLYZED **
          MAY AFFECT RESULTS
```
| TOTAL PROTEIN | 6.2 | | 6.0 | - | 8.3 | G/DL |
| SGOT/AST | 30 | | 15 | - | 40 | U/L |
| SGPT/ALT | 30 | | 7 | - | 45 | U/L |
| TRIGLYCERIDES | | 197  * HIGH * | 0 | - 150 | MG/DL |

```
                    NORMAL:      <150 MG/DL
                    BORDERLINE:  150-199 MG/DL
                    HIGH:        >=200 MG/DL
```

| URIC ACID | | 8.4  * HIGH * | 3.5 | - | 7.2 | MG/DL |
|---|---|---|---|---|---|

```
Garcia Clinical Laboratory, Inc., 2900 Springport Road, Jackson MI 49201
Report continued ...        PAGE - 1     DIRECTOR: Lorenz P. Kielhorn, MD
```

1 of 5

MC 4

LOCHARD, HUGHES
COLLECTION DATE: 08/29/2018
62701-
RECEIVED DATE: 08/30/2018
REPORT DATE: 08/30/2018 20:40 auto

FAINE, THOMAS
127835
SANGAMON CO JAIL, IL

FACILITY: SCJ2
SEX: M  D/O/B: 08/23/1952

ACCESSION NO.: 131810
<=== DESCRIPTION ===> <= RESULT => <OUT OF RANGE>    <= REF RANGE => <= UNITS =>

| CBC | | | | | |
|---|---|---|---|---|---|
| PLATELET COUNT | | 105 * LOW * | 140 | - 400 | TH/CUMM |
| WHITE BLOOD COUNT | 5.35 | | 4.0 - | 10.0 | TH/CU MM |
| ABSOLUTE NEUTROPHIL | 2.52 | | 1.56 - | 8.10 | x10-3/uL |
| NEUTROPHILS | 47.0 | | 39 - | 81 | % |
| LYMPHOCYTE | 37.4 | | 14 - | 51 | % |
| MONOCYTES | 11.8 | | 0 - | 13 | % |
| EOSINOPHIL | 3.0 | | 0 - | 8 | % |
| BASOPHILS | 0.6 | | 0 - | 2 | % |
| RED BLOOD CELLS | | 3.77 *** LOW *** | 4.41 - | 5.51 | M/CU MM |
| HEMOGLOBIN | | 12.0 *** LOW *** | 13.5 - | 17.5 | G/DL |
| HEMATOCRIT | | 36.4 *** LOW *** | 41.0 - | 53.0 | % |
| MCV | 96.6 | | 80.0 - | 100.0 | FL |
| MCH | 31.8 | | 27.0 - | 33.0 | PG |
| MCHC | 33.0 | | 31.0 - | 37.0 | G/DL |
| RDW | 11.7 | | 11.0 - | 14.5 | % |
| MPV | | 12.9 * HIGH * | 7.4 - | 12.0 | FL |

Jod 9/6/18

Garcia Clinical Laboratory, Inc., 2900 Springport Road, Jackson MI 49201
  -Complete-                    PAGE - 1      DIRECTOR: Lorenz P. Kielhorn, MD

2 of 5

MC 4

LOCHARD, HUGHES
COLLECTION DATE: 08/22/2018
62701-
RECEIVED DATE: 08/23/2018
REPORT DATE: 08/24/2018 20:40 auto
INITIAL REPORT DATE: 08/23/2018 13:08 REE
ACCESSION NO.: 225677

FAINE, THOMAS
127835
SANGAMON CO JAIL, IL

FACILITY: SCJ2
SEX: M D/O/B: 08/23/1952

<=== DESCRIPTION ===> <= RESULT => <OUT OF RANGE>   <= REF RANGE => <= UNITS =>
                Unless otherwise stated, Performed at McLaren Medical
                Laboratory
                4000 S. Saginaw St., Flint, MI, 48507
                Tel: 810-396-5715 Fax: 810-424-2504
                C. L. I. A. No. 23D2027105
                Laboratory Director, Dennis W. Spender, M. D.
COMMENTS                UNABLE TO PERFORM
         UNABLE TO PERFORM
         COMPLEMENT, TOT (CH50); NO SPECIMEN RECEIVED
                UNABLE TO PERFORM TOTAL COMPLEMENT: SPECIMEN REQUIRES A
                PLAIN RED TOP TUBE THAT IS SPUN, POURED OFF INTO A PLASTIC
                TRANSFER VIAL AND SHIPPED FROZEN ON DRY ICE. PLEASE CALL
                LAB FOR QUESTIONS OR FOR DRY ICE.

Garcia Clinical Laboratory, Inc., 2900 Springport Road, Jackson MI 49201
    -Complete-                PAGE - 3     DIRECTOR: Lorenz P. Kielhorn, MD

315

MC4

```
                                                      FAINE, THOMAS
  LOCHARD, HUGHES                                     127835
  COLLECTION DATE: 08/22/2018                         SANGAMON CO JAIL, IL
62701-
  RECEIVED DATE: 08/23/2018                           FACILITY: SCJ2
  REPORT DATE: 08/24/2018 20:40 auto                  SEX: M  D/O/B: 08/23/1952
  INITIAL REPORT DATE: 08/23/2018 13:08 REE
  ACCESSION NO.: 225677
<=== DESCRIPTION ===> <= RESULT =>  <OUT OF RANGE>  <= REF RANGE => <= UNITS =>
YGT (GGPT)                          85    * HIGH *    2      -  30    U/L
SERUM IRON             123                           50      - 170    UG/DL
            ** SPECIMEN HEMOLYZED **
            MAY AFFECT RESULTS
CARBON DIOXIDE          23                           22      -  33    MEQ/L

CBC
WHITE BLOOD COUNT                    /               4.0   -  10.0   TH/CU MM
ABSOLUTE NEUTROPHIL                  /               1.56  -  8.10   x10-3/uL
NEUTROPHILS                          /              39     -  81     %
LYMPHOCYTE                           /              14     -  51     %
MONOCYTES                            /               0     -  13     %
EOSINOPHIL                           /               0     -   8     %
BASOPHILS                            /               0     -   2     %
RED BLOOD CELLS                      /               .4.41 -  5.51   M/CU MM
HEMOGLOBIN                           /              13.5   -  17.5   G/DL
HEMATOCRIT                           /              41.0   -  53.0   %
MCV                                  /              80.0   - 100.0   FL
MCH                                  /              27.0   -  33.0   PG
MCHC                                 / .            31.0   -  37.0   G/DL
RDW                                  /              11.0   -  14.5   %
PLATELET COUNT              UNABLE TO PERFORM 140           - 400    TH/CUMM
            SPECIMEN CLOTTED
            REDRAW REQUIRED
MPV                                  /               7.4   -  12.0   FL
HEMOGLOBIN A1C              UNABLE TO PERFORM  4.1   -   6.5   %
            A1C VALUE (% OF TOTAL HEMOGLOBIN) INTERPRETATION
            < 5.7        DECREASED RISK OF DIABETES
            5.8 - 6.0    INCREASED RISK OF DIABETES
            6.1 - 6.4    HIGHER RISK OF DIABETES
            >DR= 6.5     CONSISTENT WITH DIABETES

COMPLEMENT, C3         109.0                    80.0-207.0       MG/DL
            Unless otherwise stated, Performed at McLaren Medical
            Laboratory
            4000 S. Saginaw St., Flint, MI, 48507
            Tel: 810-396-5715 Fax: 810-424-2504
            C.L.I.A. No. 23D2027105
            Laboratory Director, Dennis W. Spender, M.D.
COMPLEMENT, C4          27.1                    10.0-53.0       MG/DL
```

4of5

MC 4

FAINE, THOMAS
LOCHARD, HUGHES                                          127835
COLLECTION DATE: 08/22/2018                              SANGAMON CO JAIL, IL
62701-
RECEIVED DATE: 08/24/2018                                FACILITY: SCJ2
REPORT DATE: 08/25/2018 04:42 auto                       SEX: M  D/O/B: 08/23/1952

ACCESSION NO.: 187047

| <=== DESCRIPTION ===> | <= RESULT => | <OUT OF RANGE> | <= REF RANGE => | <= UNITS => |
|---|---|---|---|---|
| URINE PROTEIN/CREAT | 2.097 | | | |
| URINE TOTAL PROTEIN | | 560 | 0 - 20 | MG/DL |
| URINE CREATININE-RA | 267.0 | | | MG/DL |

Garcia Clinical Laboratory, Inc., 2900 Springport Road, Jackson MI 49201
-Complete-                        PAGE - 1        DIRECTOR: Lorenz P. Kielhorn, MD

5 of 5

## Narrative Progress Note

(When indicated, remember to document Subjective symptoms, Objective findings, Assessment, and Plan of care)

Patient Name: Thomas Paine _____ ID #: 127835 _ Location: H _____

Date of Birth: 8/28/52 _____ Age: _____

| Date/Time | Narrative Note |
|---|---|
| 9/10/18 (1600) | Pt reports out of current supply of glaucoma eye gtts. Requests refill. (1) Alphagan 0.2% Opth Sdtn. i gtt OU BID (2) Xalatan 0.005% i gtt to OU Q HS. (3) Trusopt 2% i gtt OU BID TO Dr Lochard / J Hammer HE 9/13/18 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# Narrative Progress Note

(When indicated, remember to document Subjective symptoms, Objective findings, Assessment, and Plan of care)

Patient Name: Faire, Thomas ___ ID #: 127835 Location: HS

Date of Birth: 8·23-52 ___ Age: 66

| Date/Time | Narrative Note |
|-----------|----------------|
| 9-6-18 | Double protien Double portins —Diet: x 90 dyo Plene |
| | |
| | Diet order sent     My I D AWPn 9-6-18 |
| | qBlgin |
| | 9-6-18 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337   FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER / DISCONTINUE | accu ✓ @ am | am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | accu ✓ @ pm | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | 70/30 Insulin / 15u SQ @ am / 10u SQ @ pm | am / pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | Regular Insulin SQ / SS BID | am / pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 9/24 / DISCONTINUE 12/4 | Alphagan Opth. Solution 0.2% / 1 gtt OU / BID | am / pm | | | | | | On person | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 9/24 / DISCONTINUE 12/4 | Trusopt 2% / 1 gtt OU / BID | am / pm | | | | | | On person | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| M | J Hanuson | qu | | OS | CQ | 1Q | KDml | | |

| ATION | | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | | | DIAGNOSIS |
|---|---|---|---|---|---|---|
| H | | 9/23/52 | NKA | | | |

| RESIDENT NAME AND NUMBER | | FACILITY | CHARTING FOR | THROUGH |
|---|---|---|---|---|
| thomas | 129835 | | | |

# MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337  FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GINAL ORDER 1/16  ISCONTINUE 9/16 | Lactulose 10mg/15ml give 30ml q mon + Thur | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GINAL ORDER 1/25  ISCONTINUE 7/25 | Lasix 40 mg  9a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GINAL ORDER  ISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GINAL ORDER  SCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GINAL ORDER  SCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GINAL ORDER  SCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| ATION  H | DATE OF BIRTH OR SOC. SEC. NO. 8/23/52 | ALLERGIES NKDA | | | | DIAGNOSIS |
|---|---|---|---|---|---|---|

| IENT NAME AND NUMBER | | FACILITY | | CHARTING FOR | THROUGH |
|---|---|---|---|---|---|